| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | Alfredo Nunez Carranza |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00471 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE AND [PROPOSED] ORDER** |
| v. | ) | **THEREON** |
| | ) | |
| ALFREDO NUNEZ CARRANZA, | ) | Date: July 9, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, WALLACE J. LEE, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Alfredo Nunez Carranza, that the date for status conference in this matter may be continued to July 9, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 2, 2012. The requested new date is July 9, 2012.**

Defense counsel will be out of the state the week beginning July 2, 2012 and will be unavailable to appear in court on the currently scheduled date. Because the hearing is scheduled for a change of plea, defense counsel prefers to appear personally rather than have the matter covered by different counsel whom the defendant does not know.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh
4  the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 28, 2012    By /s/ Wallace J. Lee
                          WALLACE J. LEE
                          Assistant United States Attorney
                          Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 28, 2012    By /s/ Eric V. Kersten
                          ERIC V. KERSTEN
                          Assistant Federal Defender
                          Attorney for Defendant
                          Alfredo Nunez Carranza

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 28, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE